1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  SAMYA BURNEY, Bar #224049
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TERRY J. JOHNSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No.  1:12-mj-00055 SKO-1
                                       )
12               Plaintiff,            )   AMENDED STIPULATION TO CONTINUE
                                       )   STATUS CONFERENCE  HEARING; ORDER
13        v.                           )
                                       )   DATE:  July 12, 2012
14  TERRY J. JOHNSON,                  )   TIME:   10:00 a.m.
                                       )   JUDGE:  Honorable Sheila K. Oberto
15               Defendant.            )
    _____)

16

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

19  attorneys of record herein, Special Assistant United States Attorney, Megan Richards, counsel for plaintiff,

20  and Samya Burney, counsel for defendant, that the status conference hearing in the above-entitled matter

21  now scheduled for July 5, 2012, may be continued to July 12, 2012 at 10:00 a.m.

22        Defense counsel is scheduled to be out of the office the last two weeks of June and needs more

23  time to prepare.  Government counsel is out the first week of July, so July 12 makes sense as both counsel

24  can be present.  The requested continuance will conserve time and resources for both counsel and the

25  court.

26   / / /

27   / / /

28   / / /

1

2

BENJAMIN B. WAGNER
United States Attorney

3   DATED:  June 14, 2012

/s/ Megan Richards

4

MEGAN RICHARDS
Special Assistant U.S. Attorney
Attorney for Plaintiff

5

6

7

DANIEL J. BRODERICK
Federal Defender

8

9   DATED:  June 14, 2012

/s/  Samya Burney

10

SAMYA BURNEY
Staff Attorney
Attorney for Defendant
Terry J. Johnson

11

12

13                                    **O R D E R**

14        IT IS SO ORDERED.

15   **Dated:    June 14, 2012**                **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status
Conference Hearing; [Proposed] Order                    2