1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  SAMYA BURNEY, Bar #224049
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  TERRY J. JOHNSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   No.  1:12-mj-00055 SKO-1
                                         )
12              Plaintiff,               )   STIPULATION RE REFERRAL TO PRETRIAL
                                         )   SERVICES SUPERVISION; ORDER
13       v.                              )
                                         )
14  TERRY J. JOHNSON,                    )
                                         )   JUDGE:  Honorable Dennis L. Beck
15              Defendant.               )
    _____  )
16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

19  attorneys of record herein, Special Assistant United States Attorney, Megan Richards, counsel for plaintiff,

20  and Samya Burney, counsel for defendant, that Defendant, Terry J. Johnson, shall be referred to Pretrial

21  Services to commence supervision forthwith, and that Defendant shall be subject to the following

22  conditions of supervision as specified by Pretrial Services:

23       1.   Defendant shall remain released on personal recognizance;

24       2.   Defendant shall report to and comply with the rules and regulations of the Pretrial Services

25            Agency;

26       3.   Defendant shall report to Pretrial Services as directed by the assigned Pretrial Services

27            Officer;

28       4.   Defendant shall enter the third party custody of Westcare California, Inc., and shall reside at

1    and participate in an inpatient alcohol treatment program as directed by program staff and

2    Pretrial Services;

3    5.   Defendant's travel shall be restricted to Madera and Fresno Counties, unless otherwise

4    approved in advance by the Pretrial Services Officer;

5    6.   Defendant shall refrain from ANY use of alcohol or any use or possession of a narcotic

6    drug or other controlled substance without a prescription by a licensed medical

7    practitioner. *However, medical marijuana, prescribed or not, may not be used;*

8    7.   Defendant shall report any prescriptions to the Pretrial Services Officer within 48 hours of

9    receipt;

10    8.   Defendant shall submit to drug or alcohol testing as approved by the Pretrial Services Officer.

11    Defendant shall pay all or part of the costs of the testing services based upon his ability to pay,

12    as determined by the Pretrial Services Officer.

13                                       Respectfully submitted,

14                                       BENJAMIN B. WAGNER
                                         United States Attorney
15

16    DATED:  July 16, 2012             /s/ Megan Richards
                                         MEGAN RICHARDS
17                                       Special Assistant U.S. Attorney
                                         Attorney for Plaintiff
18

19                                       DANIEL J. BRODERICK
                                         Federal Defender
20

21    DATED:  July 16, 2012             /s/  Samya Burney
                                         SAMYA BURNEY
22                                       Staff Attorney
                                         Attorney for Defendant
23                                       Terry J. Johnson

24                                **O R D E R**

      IT IS SO ORDERED.
25

         **Dated:   July 17, 2012**          **/s/ Dennis L. Beck**
26                                       UNITED STATES MAGISTRATE JUDGE

27

28

Stipulation re Referral to Pretrial Services
Supervision; [Proposed] Order              2