DANIEL J. BRODERICK, Bar #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TERRY J. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:12-mj-00055 SKO-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER |
| v. | |
| TERRY J. JOHNSON, | Date:   December 6, 2012 |
| Defendant. | Time:   10:00 a.m. |
| | Judge:  The Hon. Gary S. Austin |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for September 6, 2012, **may be continued to December 6, 2012, at 10:00 a.m.**, **and the associated filing dates be extended accordingly**.

The parties request this continuance to allow Mr. Johnson time to complete a 90-day treatment program at Westcare, under the supervision of Pretrial Services.  Mr. Johnson started the residential program on July 19, 2012.  He has been hospitalized since last week at Clovis Community Hospital for respiratory problems.  His ongoing hospitalization potentially would extend the end date of his residential treatment program.  Mr. Johnson would remain under the supervision of Pretrial Services until the time of sentencing.  Pretrial Services and U.S. Probation have no objections to this continuance.

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 8, 2012    /s/ Megan Richards
MEGAN RICHARDS
Special Assistant U.S. Attorney
Attorneys for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 8, 2012    /s/ Samya Burney
SAMYA BURNEY
Staff Attorney
Attorneys for Defendant
Terry J. Johnson

**O R D E R**

IT IS SO ORDERED.

Dated:   **August 8, 2012**            /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE