DANIEL J. BRODERICK, Bar #89424
Federal Defender
SAMYA BURNEY, Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TERRY J. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERRY J. JOHNSON, <br><br> Defendant. | No. 1:12-mj-00055 SKO-1 <br><br> STIPULATION TO ADOPT PRETRIAL SERVICES' CONDITIONS OF SUPERVISION; ORDER |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, Special Assistant United States Attorney, Megan Richards, counsel for plaintiff, and Samya Burney, Staff Attorney, Federal Defender's Office, counsel for defendant, Terry J. Johnson, that the parties have agreed to adopt the Pretrial Services Officer's recommended conditions of supervision as follows:

 1. Defendant shall be released on his own personal recognizance;

 2. Defendant shall reside at a residence approved by the Pretrial Services Officer, and not move or absent himself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

 3. Defendant's travel is restricted to California, unless otherwise approved in advance by the Pretrial Services Officer;

///

4. Defendant shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used;*

5. Defendant shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

6. Defendant shall submit to drug or alcohol testing as approved by the Pretrial Services Officer. Defendant shall pay all or part of the costs of the testing services based upon his ability to pay, as determined by the Pretrial Services Officer;

7. Defendant shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 6, 2012      /s/ Megan Richards
MEGAN RICHARDS
Special Assistant U.S. Attorney
Attorneys for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 6, 2012      /s/ Samya Burney
SAMYA BURNEY
Staff Attorney
Attorneys for Defendant
Terry J. Johnson

**O R D E R**

IT IS SO ORDERED.

Dated: **November 7, 2012**      /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE