BENJAMIN B. WAGNER
United States Attorney
MEGAN A.S. RICHARDS
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:12-mj-00055-SKO |
| Plaintiff, | MOTION TO DISMISS COUNTS TWO AND THREE OF THE INFORMATION |
| v. | |
| TERRY JOHNSON, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and MEGAN A.S. RICHARDS, Special Assistant United States Attorney, hereby moves to dismiss counts two and three of the information in the interests of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and pursuant to the plea agreement.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Dated: December 7, 2012    By:    /s/ Megan A.S. Richards
                                                    MEGAN A.S. RICHARDS
                                                    Special Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that counts two and three of the information in case # 1:12-mj-00055-SKO, issued against Terry Johnson, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: **December 7, 2012**        **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE